SLIP OPINION

Cite as 2013 Ark. 388

# SUPREME COURT OF ARKANSAS

**No.**

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered** October 3, 2013 |

## PER CURIAM

We reappoint Lawrence County Sheriff Jody Dotson, Lieutenant Norman Hale of the White County Sheriff's Department, and Larry Crane, Pulaski County Circuit Clerk, to the Supreme Court Committee on Security and Emergency Preparedness for three-year terms to expire on September 30, 2016. We thank them for their willingness to continue service on this important committee.

We also express our gratitude to Judge Mike Jacobs, Johnson County Judge, David Maxwell, Director of Arkansas Department of Emergency Management, and Judge David Saxon, Sebastian County District Court Judge, whose terms have expired, for their valuable service to the committee. In addition, Jim Johnson, Dallas County Office of Emergency Management Coordinator, is unable to continue service on the committee. The committee is grateful to him for his service.